UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PHELPS, DONALD M | § | Case No. 11-15714 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/03/2012 in Courtroom 250,

US Courthouse
100 S. 3rd St.
Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2012                    By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| PHELPS, DONALD M | § | Case No. 11-15714 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 170,013.76 |
| and approved disbursements of | $ | 142,290.10 |
| leaving a balance on hand of[1] | $ | 27,723.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000004 | Old Second National Bank 375 S River St Aurora, IL 60506 | $ 59,656.97 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 27,723.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Roy Safanda | $ 11,000.69 | $ 0.00 | $ 11,000.69 |
| Trustee Expenses: Roy Safanda | $ 204.11 | $ 0.00 | $ 204.11 |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $ 3,281.25 | $ 0.00 | $ 3,281.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,486.05 |
| Remaining Balance | $ | 13,237.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,687.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 17,022.02 | $ 0.00 | $ 7,111.08 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 482.69 | $ 0.00 | $ 201.65 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 11,729.10 | $ 0.00 | $ 4,899.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,453.47 | $ 0.00 | $ 1,024.96 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,237.61 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (5/1/2011)** *(Page: 4)*

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 11-15714-MB
Donald M Phelps                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: tmaurer             Page 1 of 2         Date Rcvd: Mar 21, 2012
                             Form ID: pdf006           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2012.
 db           +Donald M Phelps,    241 Yolane Drive,    Sugar Grove, IL 60554-5017
18353738      +ATI Physical Therapy,    Attn: Collections,    P O Box 371863,    Pittsburgh PA 15250-7863
17126190      +Advanced Gastroenterology, LLC,    759 John Street,    Suite C,    Yorkville, IL 60560-4721
17126191      +Amazon.Com,    P.O. Box 689182,   Des Moines, IA 50368-9182
17126192       American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33329
18038144       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17126193      +Anesthesia Associates,    P.O. Box 686,    DeKalb, IL 60115-0686
17126195      +Aurora Internal Medicine,    23 South Lincolnway,    North Aurora, IL 60542-1645
17126196      +Aurora Radiology Consultants,    520 E. 22nd St.,    Lombard, IL 60148-6110
17126197       Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
17126198      +Castle Orthopedics & Sports Medicin,    2111 Ogden Avenue,    Aurora, IL 60504-7597
17126199       Chase,    P.O. Box 15153,   Wilmington, DE 19886-5153
17786705       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17126201      +Dryer Medical Clinic,    P.O. Box 2091,    Aurora, IL 60507-2091
17126202      +Entrust Administration, Inc.,    135 South LaSalle Street,    Suite 4000,    Chicago, IL 60603-4814
17126203       Fox Valley Cardiovascular Con,    P.O. Box 4157,    Aurora, IL 60507-4157
17126204      +Fox Valley Medical Associates,    2020 Ogden Avenue,    Aurora, IL 60504-4236
17126205      +IC Systems Collections,    P.O. Box 6886,    Saint Paul, MN 55106-0886
17126206       Marionjoy Medical Group,    35679 Eagle Way,    Chicago, IL 60678-1356
17126208       Old Second Bank,    Aurora, IL
17927261       Old Second National Bank,    375 S River St,    Aurora, IL 60506
17126209      +Provena Mercy Center,    1325 N. Highland Avenue,    Aurora, IL 60506-1449
17126210       Revenue Recovery Corporation,    P.O. Box 2698,    Knoxville, TN 37901-2698
17126211      +Riaz A. Baber M.D.,    1460 Bond Street,    Suite 130,    Naperville, IL 60563-6510
17126213       Sugar Grove Fire Protection Dist.,    P.O. Box 457,    Wheeling, IL 60090-0457
18353739      +Transworld Systems,    P O Box 12103,    Trenton NJ 08650-2103
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17126194      +E-mail/Text: catharine.nichols@horizonasp.net Mar 22 2012 02:05:35
                Associate Pathologists of Joliet,    P.O. Box 1509,    Elgin, IL 60121-1509
17126200       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2012 03:01:48      Discover,    P.O. Box 15316,
                Wilmington, DE 19850
17717018       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2012 03:01:48      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17126207      +Fax: 847-227-2151 Mar 22 2012 02:29:08      Medical Recovery Specialists, Inc.,
                2250 East Devon Avenue,    Suite 352,    Des Plaines, IL 60018-4519
17126212      +E-mail/Text: fax@ridgeems.com Mar 22 2012 02:36:24      Ridge Ambulance Service,
                2252 Cornell Avenue,    Montgomery, IL 60538-3200
17126214      +E-mail/Text: dfrancisco@kishhospital.org Mar 22 2012 02:37:53      Valley West Community Hospital,
                11 E. Pleasant Avenue,    Sandwich, IL 60548-1100
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 2 of 2                  Date Rcvd: Mar 21, 2012
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2012 at the address(es) listed below:

```
          Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy  Safanda, Esq    on behalf of Plaintiff Roy Safanda rsafanda@xnet.com
          William L. Hotopp    on behalf of Debtor Donald Phelps wlhotopp@comcast.net
          William T King    on behalf of Defendant Dianne Phelps sgfd911@aol.com
                                                                                               TOTAL: 6
```