UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
PHELPS, DONALD M                              §       Case No. 11-15714
                                              §
          Debtor(s)                           §
                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Donald M. Phelps |  |  |  |
| Diane Phelps |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | OLD SECOND NATIONAL BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | OLD SECOND NATIONAL BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| FIDELITY NATIONAL TITLE INS | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |
| JIM LEMAR | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| FIDELITY NATIONAL TITLE INS. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRANSFER TAX | | | | | |
| ROY SAFANDA, TRUSTEE'S ATTORNEY | | | | | |
| LAMAR REALTY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Gastroenterology, LLC 759 John Street Suite C Yorkville, IL 60560 | | | | | |
| | Amazon.Com P.O. Box 689182 Des Moines, IA 50368 | | | | | |
| | American Express P.O. Box 360001 Fort Lauderdale, FL 33329 | | | | | |
| | Anesthesia Associates P.O. Box 686 DeKalb, IL 60115 | | | | | |
| | Associate Pathologists of Joliet P.O. Box 1509 Elgin, IL 60121 | | | | | |
| | Aurora Internal Medicine 23 South Lincolnway North Aurora, IL 60542 | | | | | |
| | Aurora Radiology Consultants 520 E. 22nd St. Lombard, IL 60148 | | | | | |
| | Castle Orthopedics & Sports Medicin 2111 Ogden Avenue Aurora, IL 60504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Dryer Medical Clinic P.O. Box 2091 Aurora, IL 60507 | | | | | |
| | Entrust Administration, Inc. 135 South LaSalle Street Suite 4000 Chicago, IL 60603 | | | | | |
| | Fox Valley Cardiovascular Con P.O. Box 4157 Aurora, IL 60507-4157 | | | | | |
| | Fox Valley Medical Associates 2020 Ogden Avenue Aurora, IL 60504 | | | | | |
| | IC Systems Collections P.O. Box 6886 Saint Paul, MN 55164 | | | | | |
| | Marionjoy Medical Group 35679 Eagle Way Chicago, IL 60678-1356 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 East Devon Avenue Suite 352 Des Plaines, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena Mercy Center 1325 N. Highland Avenue Aurora, IL 60506 | | | | | |
| | Provena Mercy Center 1325 N. Highland Avenue Aurora, IL 60506 | | | | | |
| | Riaz A. Baber M.D. 1460 Bond Street Suite 130 Naperville, IL 60563 | | | | | |
| | Ridge Ambulance Service 2252 Cornell Avenue Montgomery, IL 60538 | | | | | |
| | Ridge Ambulance Service 2252 Cornell Avenue Montgomery, IL 60538 | | | | | |
| | Sugar Grove Fire Protection Dist. P.O. Box 457 Wheeling, IL 60090-0457 | | | | | |
| | Valley West Community Hospital 11 E. Pleasant Avenue Sandwich, IL 60548 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-15714 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
| Case Name: | PHELPS, DONALD M | | | Date Filed (f) or Converted (c): | 04/13/11 (f) |
| | | | | 341(a) Meeting Date: | 06/20/11 |
| For Period Ending: | 05/22/12 | | | Claims Bar Date: | 11/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 241 Yolane Driv | 170,000.00 | 95,800.00 | | 170,000.00 | 0.00 |
| 2. Checking aAccount located at Castle Bank, Sugar Gr | 310.00 | 0.00 | DA | 0.00 | FA |
| 3. Houshold furniture located at personal residence | 1,450.00 | 0.00 | DA | 0.00 | FA |
| 4. Necesary wearing apparel located at personal resid | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. IRA located at Old Second National Bank, Aurora, I | 24,500.00 | 0.00 | DA | 0.00 | FA |
| 6. PC, file cabinets, desck, book shelves located at | 450.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.76 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $196,960.00 | $95,800.00 | $170,013.76 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/11     Current Projected Date of Final Report (TFR): 06/01/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-15714 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | PHELPS, DONALD M | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7471  Money Market Account |
| Taxpayer ID No: | *******7490 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/11 | 1 | Fidelity National Title Insurance Company<br>2325 Dean St., #525<br>St. Charles, IL  60175 | Sale of Real Estate | | 42,997.40 | | 42,997.40 |
| | | FIDELITY NATIONAL TITLE INSURANCE | Memo Amount:  170,000.00<br>Sale of Real Estate | 1110-000 | | | |
| | | OLD SECOND NATIONAL BANK | Memo Amount:  ( 59,969.64 )<br>Mortgage | 4110-000 | | | |
| | | FIDELITY NATIONAL TITLE INS | Memo Amount:  ( 1,190.00 )<br>Title Ins. | 2500-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 150.00 )<br>Title Ins. | 2500-000 | | | |
| | | TRANSFER TAX | Memo Amount:  ( 255.00 )<br>Transfer tax | 2820-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 45.00 )<br>Recording | 2500-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 260.00 )<br>Survey | 2500-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 409.00 )<br>Home Warranty | 2500-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 5,810.03 )<br>Flooring Repair | 2500-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 6,095.23 )<br>Closing Credit | 2500-000 | | | |
| | | FIDELITY NATIONAL TITLE INS. | Memo Amount:  ( 4,671.30 )<br>R.E  Tax Credit | 2820-000 | | | |
| | | LAMAR REALTY | Memo Amount:  ( 5,150.00 )<br>Brokers Commission | 3510-000 | | | |

Page Subtotals          42,997.40              0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-15714 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | PHELPS, DONALD M | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7471  Money Market Account |
| Taxpayer ID No: | *******7490 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DIANE PHELPS | Memo Amount:    ( 42,997.40 ) | 8500-000 | | | |
| | | | Co-Owner | | | | |
| 11/03/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.94 | | 42,998.34 |
| 11/29/11 | 000101 | Mr. Jim Lemar | Repair Real Estate | 2500-000 | | 37.50 | 42,960.84 |
| 12/05/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 3.77 | | 42,964.61 |
| 12/30/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 3.06 | | 42,967.67 |
| 01/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 3.64 | | 42,971.31 |
| 02/03/12 | 000102 | Donald M. Phelps | Pay Exemption | 8100-002 | | 15,000.00 | 27,971.31 |
| 02/21/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 2.35 | | 27,973.66 |
| 02/24/12 | | Transfer to Acct #*******7560 | Final Posting Transfer | 9999-000 | | 27,973.66 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 170,000.00 | COLUMN TOTALS | | 43,011.16 | 43,011.16 | 0.00 |
| | Memo Allocation Disbursements: | 127,002.60 | Less: Bank Transfers/CD's | | 0.00 | 27,973.66 | |
| | | | Subtotal | | 43,011.16 | 15,037.50 | |
| | Memo Allocation Net: | 42,997.40 | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 43,011.16 | 37.50 | |

Page Subtotals      13.76      43,011.16

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-15714 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | PHELPS, DONALD M | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7560  Checking Account |
| Taxpayer ID No: | *******7490 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/12 | | Transfer from Acct #*******7471 | Transfer In From MMA Account | 9999-000 | 27,973.66 | | 27,973.66 |
| 02/24/12 | 001001 | Clerk of the U.S. Bankruptcy Court | Adversary Filing Fee | 2700-000 | | 250.00 | 27,723.66 |
| 05/03/12 | 001002 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 | Chapter 7 Compensation/Expense | | | 11,204.80 | 16,518.86 |
| | | | Fees          11,000.69 | 2100-000 | | | |
| | | | Expenses         204.11 | 2200-000 | | | |
| 05/03/12 | 001003 | Roy Safanda, Trustee's Attorney | Claim 000006, Payment 100.00000%<br>Trustee's Attorney Fees | 3110-000 | | 3,281.25 | 13,237.61 |
| 05/03/12 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 41.77577% | 7100-000 | | 7,111.08 | 6,126.53 |
| 05/03/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 41.77630% | 7100-000 | | 201.65 | 5,924.88 |
| 05/03/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 41.77575% | 7100-000 | | 4,899.92 | 1,024.96 |
| 05/03/12 | 001007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 41.77593% | 7100-000 | | 1,024.96 | 0.00 |

Page Subtotals     27,973.66     27,973.66

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-15714 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | PHELPS, DONALD M | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7560  Checking Account |
| Taxpayer ID No: | *******7490 | | | |
| For Period Ending: | 05/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 27,973.66 | 27,973.66 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 27,973.66 | 0.00 | |
|  | | Subtotal | 0.00 | 27,973.66 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
|  | | Net | 0.00 | 27,973.66 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 170,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 127,002.60 | Money Market Account - *******7471 | 43,011.16 | 37.50 | 0.00 |
| | | Checking Account - *******7560 | 0.00 | 27,973.66 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| Total Memo Allocation Net: | 42,997.40 | | 43,011.16 | 28,011.16 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*